Order entered October 4 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00967-CV

### CITY OF DALLAS, TEXAS, Appellant

### V.

### KEVIN MICHAEL WILLIS, ET AL, Appellee

**On Appeal from the 199th District Court
Collin County, Texas
Trial Court Cause No. 199-200-95**

## ORDER

The Court has before it appellant's October 2, 2012 unopposed motion for second extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by November 1, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

_____
ELIZABETH LANG-MIERS
JUSTICE